**FILED**

03/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0033

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0033

_____

SHARON McCREA,

      Plaintiff and Appellant,

v.

CONNIE SUE LARSON, ESTATE OF
MARTINNE E. CHEW, CHICAGO TITLE
INSURANCE COMPANY, LOANCARE
ACCOUNT SERVICING and Any Other
Party, i.e. JOHN DOE,

      Defendants and Appellees.

_____

FILED

MAR 13 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant Sharon McCrea's motion for extension to of time to file her opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until May 4, 2023, to file his opening brief.

DATED this _13_ day of March, 2023.

For the Court,

_____
Justice